# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| T.C. MILLWORK INC<br>P. O. Box 826<br>Bensalem, PA 19020 | Christmas Tree Shops LLC | 2/24/2023 | $8,790.49 | Services |
| T.C. MILLWORK INC<br>P. O. Box 826<br>Bensalem, PA 19020 | Christmas Tree Shops LLC | 2/27/2023 | $70,667.78 | Service |
|  |  |  | **$79,458.27** |  |

4923-5682-6435.1 57097.001