**EXHIBIT 1 TO ORDER**

136198.00100/155287206v.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al*.,<br><br>          Plaintiff,<br><br>vs.<br><br>T.C. MILLWORK, INC.,<br>          Defendant. | Adv. Proc. No. 25-50873 (TMH) |

**STIPULATION FOR FURTHER EXTENSION**
**OF TIME FOR THE DEFENDANT TO ANSWER OR OTHEREWISE RESPOND TO**
**THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant T.C. Millwork, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[1]     The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

1.      The Parties agree and stipulate that the time within which the Defendant may answer or otherwise respond to the *First Amended Complaint* [D.I. 3] in the above-captioned adversary proceeding is hereby further extended to and including October 24, 2025.

2.      Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

Dated:  September 24, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
        pkeane@pszjlaw.com
        ecorma@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7*
*Trustee of Christmas Tree Shops, LLC, et al.*

Dated:  September 23, 2025

BLANK ROME LLP

*/s/ Josef W. Mintz*
Josef W. Mintz (DE No. 5644)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
E-mail: Josef.Mintz@blankrome.com

*Counsel to Defendant*
*T.C. Millwork, Inc.*

136198.00100/155287206v.2